# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL E. WILLIAMS,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

Case No. 2:16-cv-00195-JCM-GWF

**ORDER**

    This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#5) dated February 2, 2016, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

    **IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#5) no later than **March 14, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 4th day of March, 2015.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge