# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL E. WILLIAMS,

        Plaintiff,

vs.

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

Case No. 2:16-cv-00195-JCM-GWF

**ORDER**

This matter is before the Court on Defendant's failure to file a Status Report in Removal. The Minutes of the Court (#5) dated February 2, 2016, required the parties to file a Joint Status Report no later than March 6, 2016. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **March 21, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge