Kristin A. Schuler-Hintz, Esq., Nevada State Bar No. 7171
Amanda Hunt, Esq. Nevada State Bar Not 12644
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Attorneys for Defendant Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL E. WILLIAMS, | Case No. 2:16-CV-00195-JCM-GWF |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING CASE** |
| BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOAN, INC.; BANK OF NEW YORK MELLON; RESIDENTIAL CREDIT SOLUTIONS, INC., and DOES 1-10, | |
| Defendants. | |

The court having considered Defendant Bank of America, N.A.' Ex Parte Motion to Dismiss Case filed on March 15, 2016 and the letter from Plaintiff filed on April 7, 2016, and no further opposition or documents filed by Plaintiff,

It is hereby ORDERED that the instant case is dismissed without prejudice as it was removed in error and is duplicative of 16-cv-00199-JCM-PAL.

Dated: May 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

NV-16-701991-CV